DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALTHEA MORRIS,**
Appellant,

v.

**COLLEEN VESSELL** and **BEVERLY VESSELL,**
Appellees.

No. 4D2025-2008

[May 7, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Gregory M. Keyser, Judge; L.T. Case No. 502023CA001674XXXXMB.

John H. Reynolds and Nicholas F. Demes of Reynolds & Reynolds, P.L., West Palm Beach, for appellant.

Paul M. Cowan and Manuel A. Celaya of Paul M. Cowan & Associates, P.A., Palmetto Bay, for appellees.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and SHEPHERD, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***